*KEARNEY LAW LLC*
4 SOUTH ORANGE AVE., STE 286
SOUTH ORANGE, NJ 07079
862-216-9250
dkearney@kearneylawllc.com

**ATTORNEYS FOR PLAINTIFF**
Acrison, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No.

| | | |
|---|---|---|
| ACRISON, INC., | : | |
| Plaintiff, | : | |
| v. | : | **FED.R.CIV.P 7.1** |
| | | **AND** |
| ANTHONY M. RAINONE, an individual; BRACH EICHLER LLC, a New Jersey limited liability corporation; JOHN P. MARTIN, an individual; XCELLENCE, INC., d/b/a XACT DATA DISCOVERY, directly and as successor-in-interest to RVM ENTERPRISES, INC., a corporation; JOHN DOES 1-10, unknown individuals; and ABC COMPANIES 1-10, unknown entities, | : : : : : : : | **LOCAL CIV.R.11.2 CERTIFICATIONS** |
| Defendants. | | |

Pursuant to Fed.R.Civ.P. 7.1 and Local Civ.R. 11. Plaintiff Acrison, Inc. certifies as follows:

**Local Civ. R.11.2 Certification**

I hereby certify that to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

**Fed.R.Civ.P. 7.1 Certification**

I hereby certify that Acrison has no parent corporation nor any publicly held corporation owning 10% or more of its stock.

                                      KEARNEY LAW LLC

                                      *Dennis T. Kearney*
                                      DENNIS T. KEARNEY
                                      *Attorneys for Plaintiff*

DATED: March 3, 2022