UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACRISON, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY M. RAINONE, BRACH EICHLER LLC, JOHN P. MARTIN, XCELLENCE, INC., d/b/a XACT DATA DISCOVERY, directly and as successor-in-interest to RVM ENTERPRISES, INC., JOHN DOES 1-10, and ABC COMPANIES 1-10, <br><br> Defendants. | CIVIL ACTION NO.: 2:22-CV-01176-KM-ESK <br><br> **DOCUMENT FILED ELECTRONICALLY** <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court on the motion of defendants, Anthony M. Rainone, John P. Martin and Brach Eichler LLC, by their counsel, for the entry of an Order to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6); and plaintiff having received notice of the motion and having the opportunity to respond; and the Court having reviewed the papers submitted in support of the motion and the opposition, if any; and for good cause shown;

**IT IS** on this _____ day of _____ 2022;

**ORDERED** that defendants' motion is granted and plaintiff's complaint is hereby dismissed with prejudice as against Anthony M. Rainone, John P. Martin and Brach Eichler LLC.

_____
, U.S.D.J.

102231705.1