UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ACRISON, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ANTHONY M. RAINONE, BRACH EICHLER LLC, XCELLENCE, INC. directly and as successor-in-interest to RVM ENTERPRISES, INC. doing business as XACT DATA DISCOVERY, JOHN P. MARTIN, JOHN DOES 1-10, ABC COMPANIES 1-10,**<br><br>    Defendants. | Civ. No. 22-1176<br><br>**ORDER** |

Before the Court are the motions (DE 9; DE 11) of Defendants Anthony M. Rainone, Brach Eichler, LLC, Xcellence Inc. directly and as successor-in-interest to RVM Enterprises, Inc. doing business as Xact Data Discovery, and John P. Martin to dismiss the comlaint of Plaintiff Acrison Inc. for failure to state a claim under Fed. R. Civ. P. 12(b)(6). The Court has considered the papers in support and in opposition (DE 9; DE 11; DE 13; DE 19; DE 21) and decided the motion without oral argument. For the reasons stated in the Opinion filed on this date, and for good cause shown;

**IT IS** this 3rd day of November 2022,

**ORDERED** that the case is **DISMISSED** in accordance with the accompanying Opinion.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**