# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACRISON, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ANTHONY M. RAINONE, *et al*,<br><br>       Defendants. | Civil Action No. 2:22-cv-1176 (MCA) (SDA)<br><br>Hon. Stacey D. Adams<br><br>**AMENDED SCHEDULING ORDER** |

      **THIS MATTER** having come before the Court for a settlement conference before the undersigned on **April 3, 2025** and for good cause shown:

      **IT IS, on this 3rd day of April 2025, hereby ORDERED** as follows:

1. Plaintiff will serve its deficiency letter on Defendants by **April 18, 2025.**

2. Defendants' response to the deficiency letter is due by **May 2, 2025.**

3. Plaintiff's motion for default judgment (ECF No. 63) is denied without prejudice as premature. Simply stated, Plaintiff cannot file a motion for a default judgment before first filing a motion seeking to strike Defendants' answer for discovery violations. The clerk is respectfully requested to terminate the motion at ECF No. 63.

4. If a dispute over discovery persists after counsel exchanges the deficiency letter and response, and after counsel has met and conferred in an attempt to resolve their differences, the parties may write a joint letter to the Court identifying the remaining disputes and requesting leave to file a motion (at which time the Court will likely schedule a conference to discuss the disputes).

5. The deadline for fact discovery is extended until **July 31, 2025.** This deadline will not be further extended absent exigent circumstances.

6. A status conference is scheduled for **August 8, 2025 at 11:00 a.m.** before Magistrate Judge Adams via video conference. Microsoft Teams login credentials shall be provided. No later than 5 days prior to the conference, the parties shall file a joint letter, no more than 3 pages in length, providing a status update on the matter.

7. A schedule for expert discovery will be set at the August 8, 2025 status conference.

                                                              */s/ Stacey D. Adams*
                                             Hon. Stacey D. Adams, U.S.M.J.